

2007 Decisions

Opinions of the United
States Court of Appeals
for the Third Circuit

12-17-2007

# USA v. Joyce

Precedential or Non-Precedential: Non-Precedential

Docket No. 05-3153

Follow this and additional works at: http://digitalcommons.law.villanova.edu/thirdcircuit_2007

Recommended Citation

"USA v. Joyce" (2007). *2007 Decisions*. Paper 59.
http://digitalcommons.law.villanova.edu/thirdcircuit_2007/59

This decision is brought to you for free and open access by the Opinions of the United States Court of Appeals for the Third Circuit at Villanova University School of Law Digital Repository. It has been accepted for inclusion in 2007 Decisions by an authorized administrator of Villanova University School of Law Digital Repository. For more information, please contact Benjamin.Carlson@law.villanova.edu.

NOT PRECEDENTIAL

UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT
_____

No.  05-3153
No.  05-3265
_____

UNITED STATES OF AMERICA
v.
ROBERT A.  JOYCE,
ELIANA RASPINO,

                    Appellants.

_____

On Appeal from the United States District Court
for the Eastern District of Pennsylvania
District Court Nos.: 04-cr-0182-1 and 04-cr-0182-2
District Judge: Honorable Eduardo C. Robreno

Before: McKEE, CHAGARES and HARDIMAN, *Circuit Judges*.
_____

ORDER AMENDING OPINION
_____

        At the direction of the Court, page 5, paragraph 2, sentence 1 of the opinion filed
on December 12, 2007, in this matter is amended as follows:

        The case was tried in December 2004 and the jury convicted Raspino
        on all but one count and Joyce on all counts.

For the Court,

*Marcia M. Waldron*
Marcia M. Waldron, Clerk

Dated:   December 17, 2007